THIS
 OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Willie David
 Jones, Appellant.
 
 
 

Appeal From Spartanburg County
 Lee S. Alford, Circuit Court Judge

Unpublished Opinion No. 2009-UP-135
 Submitted March 2, 2009  Filed March 9,
2009    

APPEAL DISMISSED

 
 
 
 Deputy Chief Appellate Defender Wanda H. Carter, of Columbia, for
 Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, all
 of Columbia; and Solicitor Harold W. Gowdy, III, of Spartanburg, for Respondent.
 
 
 

PER CURIAM: Jones
 appeals his guilty pleas and sentences for one count of criminal domestic violence of a high and aggravated
 nature and two counts of criminal domestic violence.  On appeal, Jones argues
 the trial court erred in denying his motion for a continuance to retain to
 counsel, and therefore his guilty plea failed to comply with the mandates set
 forth in Boykin v. Alabama, 395 U.S. 238 (1969).  After a thorough review of the record and counsels
 brief pursuant to Anders v. California, 386 U.S. 738 (1967) and State
 v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss[1] Jones appeal and grant counsels motion to be relieved. 
APPEAL DISMISSED.
SHORT, THOMAS, and GEATHERS, JJ., concur.

[1] We decide this case without oral argument pursuant to
Rule 215, SCACR.